IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BEVERLY JONES, | Civil Action File No. |
| Plaintiff, | 2:22-CV-043-RWS |
| v. | |
| WALMART, INC. and<br>JANE DOE INDIVIDUAL 1, | |
| Defendant. | |
| _____/ | |

### NOTICE OF REMOVAL

COMES NOW WALMART, INC., named Defendant in the above-captioned matter, by and through its counsel of record, within the time prescribed by law, and files this Notice of Removal, showing the Court as follows:

1.

The above-named Plaintiff filed suit against Defendant WALMART, INC. in the Superior Court of Forsyth County, Georgia, which is within the Gainesville Division of this Court. 28 U.S.C.A. § 90 (a)(2). Said lawsuit is styled as above and is numbered as Civil Action File No. 22CV-0235-3. Plaintiff's claims against Defendant includes claims of negligence.

2.

Plaintiff filed the Complaint on or about February 8, 2022.  Defendant WALMART, INC. received service of summons and a copy of the Complaint on February 10, 2022.  Defendant WALMART, INC. files this notice of Removal within thirty (30) days after service of summons and a copy of this Complaint.

3.

Defendant Walmart, Inc. is a Delaware corporation with its principal place of business in the State of Arkansas.  Walmart, Inc. was not a citizen of the State of Georgia at the time of or immediately prior to the filing and service of said lawsuit, or at any time thereafter.  The principal place of business for Walmart, Inc. is 708 SW 8th Street, Bentonville, AR  72716.

4.

Beverly Jones is a citizen of the State of Georgia.

5.

Complete diversity of citizenship exists between Plaintiff and Defendant.

6.

In its Complaint, Plaintiff alleges medical expenses exceeding $150,000 and seeks amounts exceeding $100,000 in damages. (Complaint).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.

7.

This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, based on complete diversity of citizenship between Plaintiff and Defendant.

8.

Pursuant to the provisions of 28 U.S.C. § 1446, Defendant has attached as Exhibit "A" copies of all the pleadings that were provided to and served upon Defendant, including copies of all pleadings that have been filed to date in the Superior Court of Forsyth County, Georgia for the above-styled case.

9.

Pursuant to 28 U.S.C. § 1446, Defendant is not required to file a removal bond.

10.

Written notice of the filing of this Notice of Removal will be given to all parties as required by 28 U.S.C. § 1446.

11.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Forsyth County, Georgia, as required by 28 U.S.C. § 1446.

WHEREFORE, Defendant WALMART, INC. prays that the above-captioned lawsuit be removed to the United States District Court for the Northern District of Georgia, Gainesville Division.

        McLAIN & MERRITT, P.C.

        /s/Ernest L. Beaton, IV
        Ernest L. Beaton, IV
        Georgia State Bar No. 213044
        Attorneys for Defendant
        WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com

    The undersigned counsel certifies that the foregoing Notice of Removal has been prepared with one of the font and point selections approved by the court in LR 5.1B.

        /s/Ernest L. Beaton, IV
        Ernest L. Beaton, IV

## **CERTIFICATE OF SERVICE**

This is to certify that on March 7, 2022, I electronically filed a **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to attorneys of record.

                                     McLAIN & MERRITT, P.C.

                                     /s/ Ernest L. Beaton, IV
                                     Ernest L. Beaton, IV
                                     Georgia State Bar No. 213044
                                     Attorneys for Defendant
                                     WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326-3240
(404) 266-9171
ebeaton@mmatllaw.com