

**Service of Process Transmittal**
02/10/2022
CT Log Number 541033868

| | |
|---|---|
| **TO:** | KIM LUNDY- EMAIL<br>Walmart Inc.<br>GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200<br>BENTONVILLE, AR 72712-3148 |
| **RE:** | **Process Served in Georgia** |
| **FOR:** | WALMART INC.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JONES BEVERLY // To: WALMART INC. |
| **DOCUMENT(S) SERVED:** | Attachment(s), Summons, Complaint |
| **COURT/AGENCY:** | Forsyth County Superior Court, GA<br>Case # 22CV02353 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 02/09/2020, Walmart store located at 2592 N. Columbia Street, Milledgeville, GA |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Company (FL), Cumming, GA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/10/2022 at 13:54 |
| **JURISDICTION SERVED :** | Georgia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Floyd M. Buford, Jr.<br>Buford and Buford<br>136 College Street<br>P.O. Box 4747<br>Macon, GA 31208<br>478-742-3605 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/10/2022, Expected Purge Date: 02/15/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | The Corporation Company (FL)<br>106 Colony Park Drive<br>STE 800-B<br>Cumming, GA 30040<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / JD

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22CV-0235-3__

Date Filed __02/08/22 09:25 PM__

Attorney's Address   Buford, Floyd
Buford and Buford
P. O. Box 4747
Macon, GEORGIA 31208-

Superior Court ☒   Magistrate Court ☐
State Court ☐      Probate Court ☐
Juvenile Court ☐

Georgia, __FORSYTH__ COUNTY

Jones, Beverly
_____
                                    Plaintiff

VS.
Walmart Inc.; Doe Individual 1, Jane

_____
                                    Defendant

Name and Address of Party to be Served.
Walmart Inc.

106 Colony Park Drive Suite 800-B

Cumming, GEORGIA 30040

_____
                                    Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION**
☒ Served the defendant __Corp Company__ a corporation by leaving a copy of the within action and summons with __Nahseer Walker__ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This ____ day of __FEB__, 20 __22__

_____ Deputy

# SHERIFF'S ENTRY OF SERVICE

Civil Action No. __22CV-0235-3__

Date Filed __02/08/22 09:25 PM__

Attorney's Address  Buford, Floyd
Buford and Buford
P. O. Box 4747
Macon, GEORGIA 31208-

Name and Address of Party to be Served.
Walmart Inc.
106 Colony Park Drive Suite 800-B
Cumming, GEORGIA 30040

Superior Court ☒  Magistrate Court ☐
State Court ☐  Probate Court ☐
Juvenile Court ☐

Georgia, __FORSYTH__ COUNTY

Jones, Beverly
_____ Plaintiff

VS.
Walmart Inc.; Doe Individual 1, Jane
_____ Defendant

_____ Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows:
age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant ___Corp Company___ a corporation by leaving a copy of the within action and summons with ___Aniscoe Walker___ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This ____ day of __Feb__, 20 __22__

_____ Deputy

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**22CV-0235-3**
Judge Philip C. Smith
FEB 08, 2022 09:25 PM

Greg G. Allen, Clerk
Forsyth County, Georgia

# SUPERIOR COURT OF FORSYTH COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22CV-0235-3

Jones, Beverly

**PLAINTIFF**

VS.

Walmart Inc.
Doe Individual 1, Jane

**DEFENDANTS**

### SUMMONS

TO: WALMART INC.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Floyd Buford**
**Buford and Buford**
**P. O. Box 4747**
**Macon, Georgia 31208**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 8th day of February, 2022.**

Clerk of Superior Court

Greg G. Allen, Clerk
Forsyth County, Georgia

Page 1 of 1

**EXHIBIT A**

≝ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**22CV-0235-3**

IN THE SUPERIOR COURT OF FORSYTH COUNTY

Judge Philip C. Smith
FEB 08, 2022 09:25 PM

STATE OF GEORGIA

Greg G. Allen, Clerk
Forsyth County, Georgia

| | |
|---|---|
| BEVERLY JONES, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO._____ |
| ~~WALMART INC.;~~ JANE DOE INDIVIDUAL 1, | : |
| Defendants. | : |

## COMPLAINT FOR DAMAGES

COMES NOW, Beverly Jones, plaintiff named herein, by and through her counsel of record, Floyd M. Buford, Jr., and files this her Complaint for Damages against Walmart Inc. and Jane Doe Individual 1, defendants named herein, and respectfully shows to the Court the following:

1.

That the plaintiff, Beverly Jones, is a resident of Baldwin County, Georgia and, by virtue of the facts alleged herein, is subject to the venue and jurisdiction of this Court;

2.

That the defendant, Walmart Inc., is a foreign profit corporation organized under the laws of the State of Delaware with a principal office in Baldwin County, Georgia, and maintains its registered agent, The Corporation Company (FL) and registered office

located at 106 Colony Park Drive Suite 800-B, Cumming, Forsyth County, Georgia, 30040;

3.

That the defendant, Jane Doe Individual 1, is an unidentified employee who, at all times relevant to this action, was acting within the scope of employment with defendant Walmart Inc. where plaintiff sustained injuries which form the basis of this action and whose acts and omissions contributed to plaintiff's damages and is subject to the jurisdiction of this Court and, furthermore, service will be made upon said person as her identity is made known through discovery;

4.

That by virtue of the facts aforesaid, the venue of this action is properly laid in the Superior Court of Forsyth County;

5.

That the plaintiff, Beverly Jones, has been injured and damaged by the negligence of the defendants in an amount in excess of one hundred thousand dollars ($100,000.00) by virtue of the facts hereinafter alleged;

6.

That, on or around February 9, 2020, between the hours of 10:00 AM and 11:00 AM, the plaintiff was a customer in defendant's Walmart Inc. store located on 2592 N. Columbia Street in Milledgeville, Georgia;

7.

The plaintiff was in the lighting department looking for a lamp to purchase when

Jane Doe Individual 1, an employee of defendant Walmart Inc., was transporting a cart which appeared to be loaded with pallets, struck the plaintiff on the right hip area;

8.

That the plaintiff, as a result of said collision has suffered serious injuries to her lower back;

9.

That, as a result of said injuries, plaintiff has incurred medical expenses in excess of one hundred and fifty thousand dollars ($150,000.00) for the care and treatment of her injuries and all of said expenses shall be itemized by an appropriate amendment to this complaint;

10.

That, as further result of said injuries, plaintiff suffered excruciating pain; she still so suffers, and, so far as she now knows, she will always thus suffer from said injuries;

11.

That the sole and proximate cause of said collision and the injuries sustained by plaintiff was the negligent conduct of the defendant, Walmart Inc. and Jane Doe Individual 1, and they were negligent in the following several particulars:

    A. In failing to keep the cart under a proper degree of control;

    B. In stacking an unsafe amount of pallets on the cart;

    C. In failing to keep a proper lookout in the direction in which she was traveling; and

    D. In moving the cart in an unsafe manner.

WHEREFORE, plaintiff, Beverly Jones, prays for the issuance and service of summons in terms of law; that the plaintiff have judgment against the defendants in an amount in excess of $100,000.00 together with all costs of this action; and that she has such other and further relief that this Honorable Court deems to be just and appropriate.

This the 8th day of February, 2022.

Respectfully submitted,

s/<u>Floyd M. Buford, Jr.</u>
Buford and Buford
By: Floyd M. Buford, Jr.
Attorney for Plaintiff

136 College Street
Post Office Box 4747
Macon, Georgia 31208
(478) 742-3605
State Bar No.: 093805
Facsimile: (478) 742-8499
Email: fmbuford@mindspring.com

## SERVICE INSTRUCTIONS

## TO THE SHERIFF OF FORSYTH COUNTY

Please serve the registered agent, The Corporation Company (FL) at their registered address, which is 106 Colony Park Drive Suite 800-B, Cumming, Forsyth County, Georgia, 30040.

EXHIBIT A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**22CV-0235-3**
Judge Philip C. Smith
FEB 28, 2022 11:36 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

BEVERLY JONES,

    Plaintiff,

v.

WALMART, INC. and
JANE DOE INDIVIDUAL 1,

    Defendant.
_____/

Civil Action File No.
22CV-0235-3

## ANSWER OF DEFENDANT

COMES NOW, Defendant WALMART, INC. and makes this Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for her own safety in the premises, and by the exercise of ordinary care could have avoided any injury to

herself; and on account thereof, Plaintiff is not entitled to recover from Defendant.

### FOURTH DEFENSE

Defendant denies that it was negligent in any manner whatsoever or that any negligent act or omission on its part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

### FIFTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendant.

### SIXTH DEFENSE

Defendant responds to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendant lacks sufficient knowledge and information to either admit or deny the allegations contained in paragraph 1 of Plaintiff's Complaint, which are accordingly deemed denied.

2.

Defendant admits that it is a Delaware corporation, but denies the remaining allegations contained in paragraph 2 of the Plaintiff's Complaint.

3.

Defendant denies the allegations contained in paragraph 3 of the Plaintiff's Complaint.

4.

Defendant admits the allegations contained in paragraph 4 of the Plaintiff's Complaint.

5.

Defendant denies the allegations contained in paragraph 5 of the Plaintiff's Complaint.

6.

Defendant denies the allegations contained in paragraph 6 of the Plaintiff's Complaint.

7.

Defendant denies the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendant denies the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.

Defendant denies the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

Defendant denies the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.

Defendant denies the allegations contained in paragraph 11, including its subparts A, B, C and D of the Plaintiff's Complaint.

12.

Any allegations not directly responded to above are hereby denied.

13.

Defendant denies Plaintiff's prayer for relief.

WHEREFORE, Defendant prays that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANT DEMANDS TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

                    McLAIN & MERRITT, P.C.

                     /s/ Ernest L. Beaton, IV
                    Ernest L. Beaton, IV
                    Georgia Bar No. 213044
                    Attorneys for Defendant
                    WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WALMART, INC. has this day been filed and served upon opposing counsel via Peach Court E-File.

This the 28th day of February, 2022.

                                              McLAIN & MERRITT, P.C.

                                              /s/ Ernest L. Beaton, IV
                                              Ernest L. Beaton, IV
                                              Georgia Bar No. 213044
                                              Attorney for Defendant
                                              WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

**EXHIBIT A**

⇞ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA

**22CV-0235-3**

**Judge Philip C. Smith**
**FEB 28, 2022 11:36 AM**

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BEVERLY JONES, | Civil Action File No. 22CV-0235-3 |
| Plaintiff, | |
| v. | |
| WALMART, INC. and JANE DOE INDIVIDUAL 1, | |
| Defendant. | |

## 12-PERSON JURY DEMAND

COMES NOW Defendant, WALMART, INC. and demands a trial by a jury of twelve (12) persons.

McLAIN & MERRITT, P.C.

/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant
WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the 28th day of February, 2022.

                                  McLAIN & MERRITT, P.C.

                                  /s/ Ernest L. Beaton, IV
                                  Ernest L. Beaton, IV
                                  Georgia Bar No. 213044
                                  Attorney for Defendant
                                  WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

EXHIBIT A

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
FORSYTH COUNTY, GEORGIA
**22CV-0235-3**
Judge Philip C. Smith
MAR 03, 2022 10:37 AM

Greg G. Allen, Clerk
Forsyth County, Georgia

IN THE SUPERIOR COURT OF FORSYTH COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BEVERLY JONES, | Civil Action File No. 22CV-0235-3 |
| Plaintiff, | |
| v. | |
| WALMART, INC. and JANE DOE INDIVIDUAL 1, | |
| Defendant. | |

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform State Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

Defendant's First Interrogatories and Request for Production of Documents

McLAIN & MERRITT, P.C.

/s/ Ernest L. Beaton, IV
Ernest L. Beaton, IV
Georgia Bar No. 213044
Attorneys for Defendant
WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **CERTIFICATE REGARDING DISCOVERY** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the 28th day of February, 2022.

                            McLAIN & MERRITT, P.C.

                            /s/ Ernest L. Beaton, IV
                            Ernest L Beaton, IV
                            Georgia Bar No. 213044
                            Attorney for Defendant
                            WALMART, INC.

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 266-9171
ebeaton@mmatllaw.com